## Commonwealth *v.* Saylor, Appellant.

Argued March 11, 1974. *Kenneth F. Lee,* for appellant; *Edward S. Newlin,* Assistant District Attorney, with him *John W. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.